# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR | : | No. 127 |
| | : | |
| AND VICE-CHAIR OF THE | : | DISCIPLINARY RULES DOCKET |
| | : | |
| PENNSYLVANIA INTEREST ON | : | |
| | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 25th day of August, 2014, Bryan S. Neft, Esquire, is hereby designated as Chair and The Honorable Kathy M. Manderino as Vice-Chair of the Pennsylvania Interest on Lawyers Trust Account Board commencing September 1, 2014.

\